Certificate Number: 17572-PAM-DE-029753149

Bankruptcy Case Number: 12-03003



17572-PAM-DE-029753149

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 18, 2017, at 4:31 o'clock PM PDT, Michael Augustine completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2017   By: /s/Judy Alexander

Name: Judy Alexander

Title: Counselor