Certificate Number: 17572-PAM-DE-029753150

Bankruptcy Case Number: 12-03003



17572-PAM-DE-029753150

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on August 18, 2017, at 4:31 o'clock PM PDT, Ann Marie Augustine completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 18, 2017     By:     /s/Judy Alexander

     Name:   Judy Alexander

     Title:   Counselor