```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                            Case No. 12-03003-JJT
Michael Augustine                                                 Chapter 13
Ann Marie Augustine
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5        User: MMchugh              Page 1 of 1           Date Rcvd: Oct 17, 2017
                            Form ID: fnldec            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db/jdb         +Michael Augustine,   Ann Marie Augustine,   211 E 8th Street,   Wyoming, PA 18644-2040

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Bass and Associates PC    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M Walsh    on behalf of Debtor 1 Michael  Augustine KMWesq@aol.com,  law297@aol.com
              Kevin M Walsh    on behalf of Debtor 2 Ann Marie Augustine KMWesq@aol.com,  law297@aol.com
              Kevin T McQuail    on behalf of Creditor    Bank of America, N.A., et al... ecfmail@mwc-law.com
              Kimberly A Bonner    on behalf of Creditor    Bank of America, N.A., et al...
               kbonner@zuckergoldberg.com, bankruptcynotice@zuckergoldberg.com
              Kimberly A Bonner    on behalf of Creditor    BANK OF AMERICA, N.A. kbonner@zuckergoldberg.com,
               bankruptcynotice@zuckergoldberg.com
              Marisa Myers Cohen    on behalf of Creditor    Bank of America, N.A., et al... Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    BANK OF AMERICA, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 11

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael Augustine<br>211 E 8th Street<br>Wyoming, PA 18644 | Chapter 13<br>Case No. 5:12−bk−03003−JJT |
| Ann Marie Augustine<br>211 E 8th Street<br>Wyoming, PA 18644 | |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−6416
xxx−xx−0919

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: October 17, 2017     By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: MMchugh, Deputy Clerk